United States District Court
Southern District of Texas
**ENTERED**
December 22, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

AMANDA ZAMORA, D/B/A 3L LOTS )
AND DEVELOPERS LLC/ )
3L LUCKSINGER APARTMENTS )
     )     CIVIL ACTION NUMBER
VS. )
     )     M-15-356
AMERICAN WESTERN HOME )
INSURANCE COMPANY )

## ORDER OF REMAND

On the 17th day of December, 2015, came on to be heard the Plaintiff's Motion to Remand (Docket Entry Number 6), and the Court after having considered said motion, the pleadings on file and the arguments of counsel, was of the opinion that said motion should be granted for the reasons stated on the record.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Remand is GRANTED and the above-styled case is hereby REMANDED to the County Court at Law No. 6 of Hidalgo County, Texas, and the Clerk shall take the necessary steps to effectuate said remand.

The Clerk shall send a copy of this Order of Remand to counsel for the parties.

DONE on this 21st day of December, 2015, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE